**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 12, 2013

Lyle W. Cayce
Clerk

No. 13-10243
Summary Calendar

NATHANIEL L. ALLEN,

Plaintiff–Appellant,

versus

HONORABLE MICHAEL T. SEILER, Official Capacity;
GREG ABBOTT, Attorney General of Texas, Official Capacity;
ALLISON TAYLOR, Executive Director,
Office of Violent Sex Offender Management, Official Capacity;
DIANA LEMON, Office of Violent Sex Offender Management,
Case Manager, El Paso, Texas, Official Capacity;
CLEMMY WASHINGTON, Office of Violent Sex Offender Management,
Case Manager, Fort Worth, Texas, Official Capacity,

Defendants–Appellees.

Appeal from the United States District Court
for the Northern District of Texas
No. 4:12-CV-414

No. 13-10243

Before SMITH, PRADO, and OWEN, Circuit Judges.

PER CURIAM:[*]

Nathaniel Allen, confined under an order of civil commitment as a violent sex offender, sued various state officials and employees for declaratory and injunctive relief. On January 30, 2013, the district court issued a thorough and persuasive seventeen-page opinion and order dismissing all claims.

The district court carefully addressed all of Allen's assertions and explained why they have no merit. The judgment is AFFIRMED, essentially for the reasons given by the district court. Allen's motion for appointment of counsel is DENIED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.